UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

|  |  |
|---|---|
| FTF LENDING LLC, a Delaware limited liability company<br><br>Plaintiff<br><br>vs.<br><br>L & L LOTT CONSTRUCTION LLC, an Illinois limited liability company, having taken title as L&L LOTT CONSTRUCTION CO., and ANDRE LOTT, an individual<br><br>Defendants | CASE NO.: 1:23-cv-07504 |

PLAINTIFF'S MOTION TO APPOINT THE JUDICIAL SALES CORPORATION AS SPECIAL COMMISSIONER PURSUANT TO 28 U.S.C. § 2001(a) AND 735 ILCS 5/15-1506(f)

1414 West 73rd Place, Chicago, Illinois 60636
(PIN 20-29-122-021-0000)

Now comes Plaintiff FTF Lending, LLC, a Delaware limited liability company ("**FTF Lending LLC**"), by and through its undersigned counsel, and respectfully requests an Order, pursuant to 28 U.S.C. § 2001(a) and 735 ILCS 5/15-1506(f), appointing The Judicial Sales Corporation as Special Commissioner for the purpose of conducting a foreclosure sale via public auction of one (1) parcel of real property more commonly known as 1414 West 73rd Place, Chicago, Illinois 60636 (PIN 20-29-122-021-0000) (the "**Property**"), and for all such further relief as this Court may deem appropriate and proper at law or in equity.

In support of this Motion, the Plaintiff, FTF Lending, states as follows:

1. Pursuant to 28 U.S.C. § 2001(a), "Any realty or interest therein sold under any

1

order or decree of any court of the United States shall be sold as a whole . . . at public sale at the courthouse of the county, parish, or city in which the greater part of the property is located . . . as the court directs. Such sale shall be upon such terms and conditions as the court directs."

2.      Pursuant to 735 ILCS 5/15-1506(f), "Without limiting the general authority and powers of the court, special matters may be included in the judgment of foreclosure if sought by a party in the complaint or by separate motion. Such matters may include, without limitation . . . (3) an official or other person who shall be the officer to conduct the sale other than the one customarily designated by the court".

3.      Plaintiff FTF Lending LLC respectfully moves this Court to (a) appoint The Judicial Sales Corporation as Special Commissioner pursuant to 28 U.S.C. § 2001(a) and 735 ILCS 5/15-1506(f), and (b) authorize The Judicial Sales Corporation to conduct a public auction of the Property in accordance with the terms of the Judgment Entry and Decree of Mortgage Foreclosure and Sale.

4.      A copy of the proposed Judgment Entry and Decree of Mortgage Foreclosure and Sale was emailed to this Court's proposed order inbox on April 29, 2024 and is awaiting review and consideration.

5.      The Judicial Sales Corporation is a duly authorized special commissioner of the United States District Court for the Northern District of Illinois.

6.      A proposed Order is attached to this Motion for this Court's review and consideration.

WHEREFORE, the Plaintiff, FTF Lending, respectfully requests the following relief:

a.      an Order appointing The Judicial Sales Corporation as Special Commissioner for the purposes of conducting a foreclosure sale via public auction of the Property in accordance with the terms of the Judgment Entry and Decree of Mortgage Foreclosure and Sale as to Counts I and IV

2

only and pursuant to 28 U.S.C. § 2001(a) and 735 ILCS 5/15-1506(f); and

b.    any and all such further relief as this Court may deem appropriate and proper at law or in equity.


Respectfully submitted by:

*s/ Michael J. Palumbo*

MICHAEL J. PALUMBO, ESQUIRE
Illinois Attorney Registration #6324998
Cook County Attorney Registration #61511
ANTHONY J. GINGO, ESQUIRE
Ohio Attorney Registration #0085669
Gingo Palumbo Law Group LLC
4700 Rockside Road, Suite 440
Independence, Ohio 44131
T: (216) 503-9512
F: (888) 827-0855
E: michael@gplawllc.com
E: anthony@gplawllc.com
*Counsel for Plaintiff*

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies the following:

1.  On September 13, 2024, Plaintiff's Motion to Appoint The Judicial Sales Corporation as Special Commissioner Pursuant to 28 U.S.C. § 2001(a) and 735 ILCS 5/15-1506(f) (the "**Pleading**") was filed via the CM/ECF Filing System for the United States District Court for the Northern District of Illinois (Chicago Division).

2.  The Parties appearing on the Notice of Electronic Filing, as noted below, may access the Pleading through the CM/ECF system:

    Michael J. Palumbo, Esquire, michael@gplawllc.com

3.  On September 13, 2024, a true and accurate copy of the Pleading was served by United States regular mail, postage prepaid, or by electronic mail upon the following:

    L & L Lott Construction LLC
    Attn: Andre Lott
    8506 South Aberdeen Street
    Chicago, Illinois 60620

    Andre Lott
    8506 South Aberdeen Street
    Chicago, Illinois 60620

*s/ Michael J. Palumbo*

Michael J. Palumbo, Esquire
*Counsel for Plaintiff*

4